UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVA MCGEE,<br><br>            Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.   1:20-cv-01543-EPG<br><br>ORDER DISCHARGING SHOW CAUSE ORDER<br><br>(ECF Nos. 11, 12) |

On May 6, 2022, this Court ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's order to file an opening brief. (ECF No. 11). On May 27, 2022, Plaintiff filed a response to the show cause order, stating that Plaintiff's failure to timely file an opening brief was due to counsel's need for medical treatment and requesting an extension until June 3, 2022, to file an opening brief. (ECF No. 12).

Good cause being shown, IT IS ORDERED that this Court's May 27, 2022 show cause order (ECF No. 11) is discharged. Plaintiff is granted an extension to June 3, 2022, to file an opening brief, with all other deadlines in the Court's scheduling order being extended accordingly.

Additionally, because the docket reflects that only one party has filled out the consent form regarding United States Magistrate Judge jurisdiction, whichever party has failed to file the

1  consent form, either agreeing to or declining to proceed before the undersigned, shall do so no
2  later than June 3, 2022. (*See* ECF Nos. 6, 8).

IT IS SO ORDERED.

Dated:  **May 31, 2022**                        /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2